**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **XIANG YUAN, et al.** *Plaintiffs* | : | |
| **v.** | : | **CIVIL NO. 24-2363** |
| **STANLEY BLACK & DECKER, INC., et al.,** *Defendants* | : | |

**ORDER**

**AND NOW,** this 17th day of August, 2026, upon consideration of Defendants Stanley Black & Decker, Inc. and MTD Products Inc's Motion to Exclude Michael Zazula (ECF No. 21), Plaintiffs' Response in Opposition thereto (ECF No. 27), and Defendants' Reply (ECF No. 29), and upon consideration of Defendants' Motion for Summary Judgment (ECF No. 22), Plaintiffs' Response in Opposition thereto (ECF No. 26), and Defendants' Reply (ECF No. 29), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Exclude Michael Zazula is **GRANTED**;
2. Defendants' Motion for Summary Judgment is **GRANTED**;
3. Judgment is entered in favor of Defendants on all claims; and
4. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

**BY THE COURT:**

/s/ Catherine Henry

**HON. CATHERINE HENRY**
**United States District Court Judge**